

April 22, 2026

<u>**VIA ECF**</u>
Hon. Ramón E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

> Re: *United States of America v. Roberto Samedy, et al.,* 26-CR-69 (RER)
> Unopposed Request for Adjournment of Status Conference

Dear Judge Reyes:

My firm represents Defendant Roberto Samedy in the above-captioned matter. We write to respectfully request an adjournment of the status conference currently scheduled for April 30, 2026, at 12:00 p.m. to May 26, 2026, at 11:00 a.m.

This request is being made due to a personal conflict as I am scheduled to be out-of-state on April 30th. This is the first request for an adjournment of this status conference. We have spoken with the attorneys for the government, as well as the attorneys for co-defendants Jean Ronald Tirelus, Edouardo St. Fort, and Miguel Jorge, all of whom consent to this request and are available on May 26, 2026, at 11:00 a.m. The parties all also consent to the exclusion of time under the Speedy Trial Act until May 26, 2026, in the interests of justice.

Respectfully submitted,

Seth J. Zuckerman

Cc: All Counsel of Record (via ECF)

Seth J. Zuckerman        seth@zuckermanlegalgroup.com        212.563.5655