

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LZ
F. #2025R00137

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 22, 2026

By USAfx

James Kousouros
The Law Offices of James Kousouros
260 Madison Ave., 22nd Floor
New York, NY 10016

> Re:     United States v. Edouardo St. Fort
>           Criminal Docket No. 26-69

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the government's initial discovery production in the above-referenced case. The government also requests reciprocal discovery from the defendant.

The discovery is being produced pursuant to the protective order entered by the Court on May 7, 2026, ECF No. 34 (the "Protective Order"). The "Sensitive Discovery Materials" are identified below and have been labeled "Sensitive." Please do not hesitate to reach out if you have any questions or any difficulty accessing the materials.

I.     The Government's Discovery

    A.     Statements of the Defendant

The defendant made statements to law enforcement agents on June 26, 2025 both by telephone and in person. These statements are reflected in the enclosed documents Bates-labeled EDNY_00225203-EDNY_00225204.

    B.     The Defendant's Criminal History

The government is unaware that the defendant has any criminal history.

    C.     Documents and Tangible Objects

The following records, bearing the corresponding Bates numbers, are included in the production.

| Description | Bates Numbers |
|---|---|
| Records obtained from Apple Inc. | EDNY_00000001-EDNY_00000004[1] |
| Records obtained from Google LLC | EDNY_00000010-EDNY_00000043 |
| Records obtained from Microsoft Corp. | EDNY_00000044 |
| Records obtained from Yahoo Inc. | EDNY_00000045-EDNY_00000046 |
| Body camera footage from March 31, 2026 at 303 125th Street, College Point, New York | EDNY_00000047-EDNY_00000055 |
| Body camera footage from March 31, 2026 at 59 N. Walker Street, Taunton, Massachusetts | EDNY_00000056-EDNY_00000063 |
| Records obtained from AT&T Corp. | EDNY_00000064-EDNY_00037563 |
| Records obtained from BHRAGS Home Care Corp. | EDNY_00037564-EDNY_00043112 |
| Records obtained from the New York City Department of Finance | EDNY_00043113-EDNY_00043114 |
| Records obtained from the New York State Department of State | EDNY_00043115-EDNY_00043217 |
| Records obtained from Fort NYC Security | EDNY_00043218-EDNY_00043368 |
| Records obtained from JLR Brooklyn LLC | EDNY_00043369-EDNY_00043558 |
| Records obtained from P.C. Richards | EDNY_00043559-EDNY_00043632 |
| Records produced by Ronald Tirelus | EDNY_00043633-EDNY_00043784 |

---

[1] Bates numbers EDNY_00000005-EDNY_00000009 are intentionally omitted.

| | |
|---|---|
| Records obtained from Target Financial and Retail Services | EDNY_00043785-EDNY_00043787 |
| Records obtained from TD Bank | EDNY_00043788-EDNY_00045712 |
| Records obtained from T-Mobile US Inc. | EDNY_00045713-EDNY_00045779 |
| Records obtained from Verizon | EDNY_00045780-EDNY_00046569 |
| Records obtained from Early Warning Services LLC | EDNY_00046570-EDNY_00046648 |
| Records obtained from American Express | SENSITIVE_EDNY_00046649-SENSITIVE_EDNY_00047026 |
| Records obtained from Bank of America | SENSITIVE_EDNY_00047027-SENSITIVE_EDNY_00049558 |
| Records obtained from Capital One | SENSITIVE_EDNY_00049559-SENSITIVE_EDNY_00051244 |
| Records obtained from Charles Schwab | SENSITIVE_EDNY_00051245-SENSITIVE_EDNY_00051773 |
| Records obtained from Charles Utti | SENSITIVE_EDNY_00051774-SENSITIVE_EDNY_00052384 |
| Records obtained from Citibank | SENSITIVE_EDNY_00052385-SENSITIVE_EDNY_00056653 |
| Records obtained from Citizens Bank | SENSITIVE_EDNY_00056654-SENSITIVE_EDNY_00057235 |
| Records obtained from the New York State Department of Labor | SENSITIVE_EDNY_00057236-SENSITIVE_EDNY_00057239 |
| Records obtained from Dovenmuehle Mortgage | SENSITIVE_EDNY_00057240-SENSITIVE_EDNY_00058058.1 |
| Records obtained from Envision Network, LLC | SENSITIVE_EDNY_00058059-SENSITIVE_EDNY_00058358 |
| Records obtained from Flagstar Bank, NA | SENSITIVE_EDNY_00058359-SENSITIVE_EDNY_00058360 |

| | |
|---|---|
| Records obtained from Equifax | SENSITIVE_EDNY_00058361-<br>SENSITIVE_EDNY_00058461 |
| Records obtained from Goldman Sachs | SENSITIVE_EDNY_00058462-<br>SENSITIVE_EDNY_00058542 |
| Records obtained from Google LLC | SENSITIVE_EDNY_00058543-<br>SENSITIVE_EDNY_00058544 |
| Records obtained from Gusto, Inc. | SENSITIVE_EDNY_00058545-<br>SENSITIVE_EDNY_00061973 |
| Records obtained from JP Morgan Chase Bank, N.A. | SENSITIVE_EDNY_00061974-<br>SENSITIVE_EDNY_00080484 |
| Records obtained from M&T Bank | SENSITIVE_EDNY_00080485-<br>SENSITIVE_EDNY_00081539 |
| Records obtained from Popular Bank | SENSITIVE_EDNY_00081540-<br>SENSITIVE_EDNY_00081825 |
| Records obtained from Viventium Software, Inc. | SENSITIVE_EDNY_00081826-<br>SENSITIVE_EDNY_00224712[2] |
| Documents related to search warrant in Case No. 25 MC 2480 | EDNY_00224714-<br>EDNY_00225093 |
| Documents related to search warrant in Case No. 25-4338-DHH | EDNY_00225094-<br>EDNY_00225126 |
| Documents related to search warrant in Case No. 26 MC 1237 | EDNY_00225127-<br>EDNY_00225155 |

In addition to the above, as you know, electronic devices have been recovered from the defendants during the investigation of this matter. Forensic images of these devices, which are Sensitive Discovery Materials pursuant to the Protective Order, have been provided to a third-party vendor, CACI. You may order copies of these images by contacting Beth Gavin (bgavin@caci.com). In your email, provide the following information: (1) United States v. Tirelus, et al., Case Number 26-CR-69, and (2) the device description and bates numbers of the forensic image you are ordering, as follows:

---

[2] Bates number EDNY_00224713 is intentionally omitted.

| Device Description | Bates Number |
|---|---|
| Full extraction of an iPhone 14 Pro belonging to Ronald J. Tirelus | SENSITIVE_EDNY_00225156 |
| Full extraction of an iPhone 14 Plus belonging to Roberto Samedy | SENSITIVE_EDNY_00225157 |
| Full extraction of a Samsung S24 belonging to Miguel Jorge | SENSITIVE_EDNY_00225158 |
| Full extraction of an iPhone 13 Pro Max belonging to Edouardo St. Fort | SENSITIVE_EDNY_00225159 |

You may examine any physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

### D. Reports of Examinations and Tests

The government will provide you with copies of any additional reports of examinations or tests in this case as they become available.

### E. Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion. The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

### F. Required Disclosures

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

### G. Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

## II. The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control,

and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

III.     Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial

disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Laura Zuckerwise
Laura Zuckerwise
Andrew Wang
Assistant U.S. Attorney
(718) 254-6204

Enclosures

cc:   Clerk of the Court (RER) (by ECF) (without enclosures)