

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LZ
F. #2025R00137

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 29, 2026

By FedEx

Seth Zuckerman
Zuckerman Legal Group
14 Penn Plaza, Suite 814
New York, NY 10122

H. Benjamin Perez
H. Benjamin Perez & Associates, P.C.
111 Broadway, Suite 706
New York, NY 10006

James Kousouros
The Law Offices of James Kousouros
260 Madison Ave., 22nd Floor
New York, NY 10016

> Re: United States v. Tirelus, et al.
> Criminal Docket No. 26-69

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find a production of discovery in the above-referenced case, supplementing the production made to you on May 22, 2026. The production is available via the enclosed hard drive, and the password will be sent under separate cover. The government also requests reciprocal discovery from the defendant.

The discovery is being produced pursuant to the protective order entered by the Court on May 7, 2026, ECF No. 34 (the "Protective Order"). The "Sensitive Discovery Materials" are identified below and have been labeled "Sensitive." Please do not hesitate to reach out if you have any questions or any difficulty accessing the materials.

The following records, bearing the corresponding Bates numbers, are included in the production.

| Description | Bates Numbers |
|---|---|
| Records obtained from Viventium | SENSITIVE_EDNY_00224713 |
| Records obtained from Apple Inc. pursuant to a search warrant (Case No. 25 MC 2480) | SENSITIVE_EDNY_00225160 |
| Records obtained from AT&T pursuant to a search warrant (Case No. 25 MC 2480) | SENSITIVE_EDNY_00225161 |
| Records obtained from Google LLC pursuant to a search warrant (Case No. 25 MC 2480) | SENSITIVE_EDNY_00225162-SENSITIVE_EDNY_00225226 |
| Records obtained from Microsoft pursuant to a search warrant (Case No. 25 MC 2480) | SENSITIVE_EDNY_00225227 |
| Records obtained from T-Mobile for the phone number (212) 390-1971 pursuant to a search warrant (Case No. 25 MC 2480) | SENSITIVE_EDNY_00225228 |
| Records obtained from T-Mobile for the phone number (212) 321-0161 pursuant to a search warrant (Case No. 25 MC 2480) | SENSITIVE_EDNY_00225229 |
| Records obtained from Yahoo pursuant to a search warrant (Case No. 25 MC 2480) | SENSITIVE_EDNY_00225230 |
| Records obtained from BHRAGS Home Care Corp. | SENSITIVE_EDNY_00225231 |
| Records obtained from Leman Manhattan | SENSITIVE_EDNY_00225232-SENSITIVE_EDNY_00225287 |
| Records obtained from the New York State Department of State | SENSITIVE_EDNY_00225288-SENSITIVE_EDNY_00225307 |
| Records obtained from the Pennsylvania State University | SENSITIVE_EDNY_00225308-SENSITIVE_EDNY_00225330 |
| Records obtained from TD Bank | SENSITIVE_EDNY_00225331-SENSITIVE_EDNY_00225359 |

In addition, as per your request and for your convenience, please find enclosed the production of discovery that was made to you via USAfx on May 22, 2026.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Laura Zuckerwise
Laura Zuckerwise
Andrew Wang
Assistant U.S. Attorneys
(718) 254-6204

Enclosures

cc:    Clerk of the Court (RER) (by ECF) (without enclosures)