**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ADW/LZ
F. #2025R00137

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2026

By FedEx and Email

Seth Zuckerman
Zuckerman Legal Group
14 Penn Plaza, Suite 814
New York, NY 10122

Jeffrey Einhorn
Jeffrey Lichtman
Law Offices of Jeffrey Lichtman
441 Lexington Avenue, Suite 504
New York, New York 10017

H. Benjamin Perez
H. Benjamin Perez & Associates, P.C.
111 Broadway, Suite 706
New York, NY 10006

Todd A. Spodek
Spodek Law Group P.C.
The Woolworth Building
233 Broadway, Suite 710
New York, NY 10279

Re: United States v. Tirelus, et al.
Criminal Docket No. 26-69

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find a production of discovery in the above-referenced case, supplementing the productions made to you on May 22, 2026, May 29, 2026, and August 27, 2026. The production, which is being produced pursuant to the protective order entered by the Court on May 7, 2026, ECF No. 34, will be made to you via FedEx and email. Please do not hesitate to reach out if you have any questions or any difficulty accessing the materials. The government also requests reciprocal discovery from the defendant.

The government's discovery consists of the following:

1. Search Warrant Returns

   - Responsive materials from the email account 1800furnish@gmail.com are enclosed and Bates-labeled:

     EDNY_00225431-EDNY_00225454

EDNY_00225483-EDNY_00225485
EDNY_00226529-EDNY_00226529
EDNY_00226533-EDNY_00226859
EDNY_00226885-EDNY_00226885
EDNY_00228765-EDNY_00230867

- Responsive materials from the email account rtirelus@gmail.com are enclosed and Bates-labeled:

  EDNY_00225455-EDNY_00225457
  EDNY_00226870-EDNY_00226882
  EDNY_00226886-EDNY_00228763

- Responsive materials from the email account stfort14518@gmail.com are enclosed and Bates-labeled:

  EDNY_00225458-EDNY_00225482
  EDNY_00225486-EDNY_00226528
  EDNY_00226530-EDNY_00226532
  EDNY_00226860-EDNY_00226869
  EDNY_00226883-EDNY_00226884

- Responsive materials from the email account rsamedy@bhrags.org are enclosed and Bates-labeled:

  EDNY_00226962-EDNY_00226963
  EDNY_00601000-EDNY_00613790
  EDNY_00230868-EDNY_00230885

- Responsive materials from Edouardo St. Fort's iCloud account with DSID 11610552171 are enclosed and Bates-labeled: EDNY_00281629-EDNY_00281861

- Responsive materials from Roberto Samedy's cellphone device, an iPhone 14 Plus, are enclosed and Bates-labeled: EDNY_00613909

- Responsive materials from Miguel Jorge's cellphone device, a Samsung S24, are enclosed and Bates-labeled: EDNY_00613910

- Responsive materials from Edouardo St. Fort's cellphone device, an iPhone 13 Pro Max, are enclosed and Bates-labeled: EDNY_00613911

- Responsive location data from a T-Mobile account for Miguel Jorge's cellphone with assigned call number (212) 321-0161 are enclosed and Bates-labeled: EDNY_00304773

- Responsive location data from a T-Mobile account for Miguel Jorge's cellphone with assigned call number (212) 390-1971 are enclosed and Bates-labeled: EDNY_00230888

- Responsive location data from a T-Mobile account for Edouardo St. Fort's cellphone with assigned call number (718) 483-2518 are enclosed and Bates-labeled: EDNY_00304774-EDNY_00304776

- Responsive location data from an AT&T account for Roberto Samedy's cellphone with assigned call number (917) 873-3427 are enclosed and Bates-labeled:

  EDNY_00281862-EDNY_00281864
  EDNY_00293307-EDNY_00304772

- Responsive location data from an AT&T account for Ronald Tirelus's cellphone with assigned call number (718) 510-3200 are enclosed and Bates-labeled: EDNY_00281865-EDNY_00293306

2. Additional Materials:

- Materials from Lucas Tucker & Co are enclosed and Bates-labeled:

  EDNY_00230889-EDNY_00253859
  EDNY_00267309-EDNY_00279445

- Materials from TD Bank are enclosed and Bates-labeled: EDNY_00253861-EDNY_00253866

- SENSITIVE Vital records are enclosed and Bates-labeled:

  EDNY_SDM_00613791
  EDNY_SDM_00613792

- Communications between the New York City Department of Investigation and Roberto Samedy are enclosed and Bates-labeled: EDNY_00253999-EDNY_00254426

- New York Department of Motor Vehicles records are enclosed and Bates-labeled: EDNY_00254427-EDNY_00254429

- New York State Department of State records are enclosed and Bates-labeled:

  EDNY_00254430-EDNY_00254506

EDNY_00255599-EDNY_00255646

- New York City Department of Social Services records are enclosed and Bates-labeled: EDNY_00254507-EDNY_00254598

- Materials related to East Flatbush Community Development Corp. are enclosed and Bates-labeled: EDNY_00254599-EDNY_00254636

- Materials related to federal funding involving BHRAGS are enclosed and Bates-labeled: EDNY_00254637-EDNY_00254650

- Documents and filings related to BHRAGS are enclosed and Bates-labeled:

  EDNY_00253867-EDNY_00253996
  EDNY_00254651-EDNY_00255442

- New York City Financial Management System records are enclosed and Bates-labeled: EDNY_00255443-EDNY_00255486

- Materials related to Fort NYC Security LLC are enclosed and Bates-labeled EDNY_00255487-EDNY_00255542

- SENSITIVE materials from Leman Manhattan Preparatory School are enclosed and Bates-labeled:

  EDNY_00255555-EDNY_00255598
  EDNY_SDM_00613793-EDNY_SDM_00613804

- SENSITIVE materials from the Pennsylvania State University are enclosed and Bates-labeled:

  EDNY_00255671
  EDNY_SDM_00613849-EDNY_SDM_00613897

- Materials from TD Bank are enclosed and Bates-labeled: EDNY_00255697-EDNY_00258033

- Materials related to the Haitian Americans United for Progress Inc. are enclosed and are Bates-labeled: EDNY_00258034-EDNY_00258188

- HHS Accelerator materials related to BHRAGS are enclosed and Bates-labeled: EDNY_00258189-EDNY_00267306

- Miscellaneous records, including certain SENSITIVE records, are enclosed and Bates-labeled:
  EDNY_00279446-EDNY_00279460
  EDNY_00279463-EDNY_00279464, EDNY_00279470
  EDNY_00279477-EDNY_00279526
  EDNY_SDM_00613898-EDNY_SDM_00613908

- NYC Checkbook records are enclosed and Bates-labeled: EDNY_00279527-EDNY_00279548

- PASSPort records are enclosed and Bates-labeled: EDNY_00279549-EDNY_00281628

- Materials related to Secure Guard Protection are enclosed and Bates-labeled: EDNY_00304777-EDNY_00304850

- Materials related to Springland Enterprises LLC are enclosed and Bates-labeled: EDNY_00304938-EDNY_00306278

- Social media captures and preserved websites are enclosed and Bates-labeled:
  EDNY_00304851-EDNY_00304937
  EDNY_00306329-EDNY_00600999

- Documents related to St. Francis de Sales Foundation are enclosed and Bates-labeled: EDNY_00306279-EDNY_00306328

- The document Bates-numbered EDNY_00267307-EDNY_00267308 is enclosed solely for defendant Samedy.

Please note, the following Bates numbers were intentionally omitted from the production:

EDNY_00253997-EDNY_00253998
EDNY_00255543-EDNY_00255598
EDNY_00255647-EDNY_00255670
EDNY_00255672-EDNY_00255696
EDNY_00279461-EDNY_00269462
EDNY_00279465-EDNY_00279469
EDNY_00279471-EDNY_00279476

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Laura Zuckerwise
Laura Zuckerwise
Andrew Wang
Assistant U.S. Attorneys
(718) 254-6204

Enclosures

cc: Clerk of the Court (RER) (by ECF) (without enclosures)